UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KRISTIN ANDERSON, et al.,

        Plaintiff,

-against-

NATIONWIDE CREDIT, et al.,

        Defendants.
-------------------------------------------------------X

MEMORANDUM AND ORDER

CV 08-1016
CV 10-3825

(Wexler, J.)

APPEARANCES:

Robert L. Arleo, Esq.
164 Sunset Park Road
Haines Falls, NY 12436
Attorney for Plaintiff

Laura M. de Jaager, Esq.
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
Attorneys for Defendants

WEXLER, District Judge

In an order dated September 22, 2010, this court directed that the parties hereto agree to an expedited 60 day discovery schedule regarding Plaintiff's motion for contempt. Thereafter, Magistrate Judge Boyle proceeded to supervise discovery pursuant to this court's order. The parties submitted a discovery plan, accepted by this court, providing for discovery with respect to the motion for contempt, to be completed by January 17, 2011. That order also provided for an orderly briefing process with respect to the motion for contempt.

On January 4, 2011, Plaintiff moved, before the Magistrate Judge, to compel responses to

1

discovery. In an order dated January 13, 2011, Magistrate Judge Boyle, in light of the approaching deadline for completion of discovery, denied the motion to compel as untimely. In light of the fact that this court ordered the January 17, 2011 completion of discovery, the denial was issued without prejudice to renewal before this court.

The court has considered the submissions made by the parties, and grants the parties an additional 60 days from the date of this order in which to complete discovery regarding the motion for contempt. The briefing schedule on the motion for contempt with will be adjusted accordingly. The court reiterates that the discovery is limited to the issues raised in the motion for contempt.

SO ORDERED

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
February 15, 2011